UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBRAHIM X. JOHNSON,<br><br>                    Plaintiff,<br><br>-against-<br><br>NEW YORK CITY OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS; MARIA MARCHIANO; EDWARD EDWARDS; MARCIA GRANT; YESSENIA RAMOS CRUZ,<br><br>                    Defendants. | 24-cv-7267 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 20, 2025, order, the complaint is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 13, 2025
         New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge